IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00194-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ABRAHAM TUN-GARCIA,

    Defendant.

## ORDER TO SET MOTIONS HEARING

This matter is before the Court on Defendant Tun-Garcia's Motion to Dismiss the Indictment (Dkt. # 14) and Motion to Suppress Physical Evidence and Statements (Dkt. # 15). The Court hereby

ORDERS that a hearing on these motions has been set for **Friday, June 30, 2006 at 9:30 a.m.** IT IS FURTHER ORDERED that the Government responses to these motions are due no later than **5:00 p.m. on Monday, June 26, 2006.**

DATED: June 21, 2006

                BY THE COURT:

                *s/ Phillip S. Figa*
                _____
                Phillip S. Figa
                United States District Judge