IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00194-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ABRAHAM TUN-GARCIA,

    Defendant.

---

**ORDER GRANTING MOTION FOR ADDITIONAL TIME TO FILE RESPONSES
AND TO VACATE MOTIONS HEARING**

---

    This matter is before the Court on the Government's Unopposed Motion for Additional Time In Which To File Responses and To Vacate Motions Hearing (Dkt. # 19).  The Court having reviewed the motion and otherwise being fully advised, hereby GRANTS the motion and ORDERS as follows:

    1.    The motions hearing scheduled for June 30, 2006 is VACATED;

    2.    The Government shall have to and including July 10, 2006 within which to file responses to the defendant's motions; and

    3.    If the Court has not received a Notice of Disposition in this matter on or before <u>July 7, 2006</u>, the Government shall facilitate rescheduling the motions hearing on all motions filed.

DATED:  June 23, 2006        BY THE COURT:

                                                *s/ Phillip S. Figa*
                                                _____
                                                Phillip S. Figa
                                                United States District Judge