IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00194-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ABRAHAM TUN-GARCIA,

    Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

A Notice of Disposition (Dkt. # 22) was filed in the above matter on June 26, 2006.  A Change of Plea hearing is set for **August 7, 2006 at 10:30 a.m.  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than <u>noon</u> on [two days before the hearing date].**  <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  **The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom <u>at the time of the hearing</u> (*see* D.C.COLO.LCrR 11.1F).**  In light of this Change of Plea hearing,

IT IS FURTHER ORDERED that the Final Trial Preparation Conference, set for July 14, 2006, and the two-day jury trial set to commence July 24, 2006 are VACATED.

DATED: June 27, 2006        BY THE COURT:

                                                 *s/ Phillip S. Figa*

                                                 Phillip S. Figa
                                                 United States District Judge